IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-60-2H

UNITED STATES OF AMERICA, )
)
)
v. )
)
) **ORDER**
QUENTIN BRYCE BARNES, )
)
Defendant. )
)
)

This matter is before the court on defendant's motion for reimbursement for overpayment of restitution. The judgment in defendant's case included $1,654.00 in court-ordered restitution. Defendant believes this is in error, as there were two co-defendants who are also responsible for the $1,654.00 in restitution.

Defendant is correct that two of his co-defendants are also responsible for the $1,654.00 in restitution, in that they were held to be jointly and severally liable. However, defendant misunderstands the meaning of joint and several liability. Joint and several liability means that each judgment defendant is responsible or liable for the entire amount of the judgment.

It does not, as defendant argues, mean that the court should order each defendant to pay $413.50.

Because defendant's motion is without merit, it is hereby DENIED.

This 26th day of September 2013.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26