IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-60-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| QUENTIN BRYCE BARNES, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion for temporary release to attend a funeral service for his grandmother. The court has carefully considered the motion, but considering all the circumstances, hereby DENIES the motion.

This 25th day of June 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26